KORNELIUS et al v. MENU FOODS Doc. 2
WAWD CM/ECE Version 3.0.4 - Docket Report Page 1 of 4
Case 1:07-cv-03253-NLH-AMD   Document 2   Filed 07/16/2007   Page 1 of 4

CLOSED, STAYED

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CIVIL DOCKET FOR CASE #: 2:07-cv-00454-MJP
### Internal Use Only

| | |
|---|---|
| Kornelius et al v. Menu Foods | Date Filed: 03/27/2007 |
| Assigned to: Hon. Marsha J. Pechman | Date Terminated: 07/02/2007 |
| Cause: 28:1332 Diversity-Product Liability | Jury Demand: None |
| | Nature of Suit: 195 Contract Product Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Audrey Kornelius**      represented by    **Michael David Myers**
MYERS & COMPANY
1809 7TH AVE
STE 700
SEATTLE, WA 98101
206-398-1188
Fax: FAX 398-1189
Email: mmyers@myers-company.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 5TH AVE
STE 2900
SEATTLE, WA 98101
206-623-7292
Email: steve@hbsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Smith**      represented by    **Michael David Myers**
*individually and on behalf of all others similarly situated*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Dockets.Justia.com

V.

**Defendant**

**Menu Foods**  represented by **Jeffrey T Kestle**
*a foreign corporation*  GARDNER BOND TRABOLSI ST
 LOUIS & CLEMENT
 2200 6TH AVE
 STE 600
 SEATTLE, WA 98121
 206-256-6309
 Email: jkestle@gardnerbond.com
 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2007 | 1 | CLASS ACTION COMPLAINT against defendant(s) Menu Foods (Summons(es) NOT issued)(Receipt # SEA8253), filed by Audrey Kornelius, Barbara Smith. (Attachments: # 1 Civil Cover Sheet)(DJ) (Entered: 03/28/2007) |
| 03/29/2007 | 2 | NOTICE OF FILING WITH THE MDL PANEL A MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED ACTIONS TO THE WESTERN DISTRICT OF WA ; filed by Plaintiffs Audrey Kornelius, Barbara Smith. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit)(RS, ) (Entered: 04/03/2007) |
| 04/06/2007 | 3 | NOTICE/JOINT MOTION of plaintiffs Jayme Pittsonberger, David Carter and Jim Bullock for transfer and coordination re MDL 1850 in re Pet Foods Product. Motion filed before MDL Panel. (RS, ) (Entered: 04/10/2007) |
| 04/09/2007 | 5 | FIRST NOTICE OF POTENTIAL TAG ALONG ACTIONS RE MDL 1850 FILED BY MOVANT SEXTON (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit)(RS, ) (Entered: 04/12/2007) |
| 04/10/2007 | 4 | Letter from Christine Fox addressed to Mr. Luthi requesting that their motion papers be filed as an interested party response re MDL 1850. (RS, ) (Entered: 04/11/2007) |
| 04/13/2007 | 6 | NOTICE/RESPONSE TO MDL PANEL of plaintiffs Jared Workman, Mark and Mona Cohen, and Peggy Schneider in response to all 3 motions for transfer and centralization of all Pet Food Products Liability Litigation (RS, ) (Entered: 04/17/2007) |
| 04/18/2007 | 7 | MOTION to Stay *All Proceedings* by Defendant Menu Foods. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit)(Kestle, Jeffrey) (Entered: 04/18/2007) |
| 04/18/2007 | 8 | PROPOSED ORDER (Unsigned) re 7 MOTION to Stay *All Proceedings*. (Kestle, Jeffrey) (Entered: 04/18/2007) |

| | | |
|---|---|---|
| 04/18/2007 | 9 | CERTIFICATE OF SERVICE by Defendant Menu Foods re 7 MOTION to Stay *All Proceedings*. (Kestle, Jeffrey) (Entered: 04/18/2007) |
| 04/19/2007 | 10 | NOTICE/MEMORANDUM OF PLAINTIFFS WHALEY ET AL IN OPPOSITION TO MOTIONS FOR TRANSFER AND CONSOLIDATION OF RELATED ACTIONS SUBMITTED BY PLAINTIFFS SEXTON AND TROIANO (RS, ) (Entered: 04/20/2007) |
| 04/23/2007 | 11 | NOTICE/RESPONSE TO MDL PANEL REGARDING MDL 1850 OF PLAINTIFF SHIRLEY SEXTON TO PLAINTIFF TROIANO AND WASHINGTON PLAINTIFFS" MOTIONS FOR TRANSFER AND COORDINATION OR CONSOLIDATION (RS, ) (Entered: 04/24/2007) |
| 04/27/2007 | 12 | NOTICE/RESPONSE TO MDL PANEL REGARDING MDL 1850 OF PLAINTIFFS TO MOTION FOR TRANSFER AND CONSOLIDATION AND REQUEST FOR TRANSFER AND CONSOLIDATION OF RELATED ACTIONS TO THE WESTERN DISTRICT OF ARKANSAS (RS, ) (Entered: 05/01/2007) |
| 04/30/2007 | 13 | NOTICE to MDL Panel by Attorney Bruce Newman Re: Service List (TS, ) (Entered: 05/01/2007) |
| 05/03/2007 | 14 | NOTICE OF APPEARANCE/MOTION OF PLAINTIFFS FOR TRANSFER OF ACTIONS TO THE CENTRAL DISTRICT OF CALIFORNIA AND FOR CONSOLIDATED OR COORDINATED PRETRIAL PROCEEDINGS PURSUANT TO 28 USC 1407 filed by Plaintiffs (Attachments: # 1 Plaintiffs' Memorandum)(TS, ) (Entered: 05/04/2007) |
| 05/04/2007 | 15 | STIPULATION AND PROPOSED ORDER *STAYING ALL PROCEEDINGS AND FOR PRESERVATION OF EVIDENCE* by parties. (Attachments: # 1 Certificate of Service)(Kestle, Jeffrey) (Entered: 05/04/2007) |
| 05/07/2007 | 16 | STIPULATION AND ORDER STAYING CASE ALL PROCEEDINGS AND FOR PRESERVATION OF EVIDENCE by Judge Marsha J. Pechman. (MD, ) (Entered: 05/08/2007) |
| 05/07/2007 | 17 | LETTER RE MOTION FOR TRANSFER/ NOTICE OF APPEARANCE /PLAINTIFFS' NOTICE OF JOINDER AND JOINDER IN MOTION FOR TRANSFER OF ACTIONS TO THE CENTRAL DISTRICT OF CALIFORNIA AND FOR CONSOLIDATED OR COORDINATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U. S. C. 1407 filed by Plaintiffs(TS, ) (Entered: 05/09/2007) |
| 05/14/2007 | 18 | NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT re MDL 1850(RS, ) (Entered: 05/15/2007) |
| 05/16/2007 | 19 | NOTICE OF APPEARANCE AND NOTICE OF PRESENTATION OF ORAL ARGUMENT/MOTION OF PLAINTIFFS FOR TRANSFER OF ACTIONS TO THE NORTHERN DISTRICT OF OHIO PURSUANT TO 28 USC 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS AND BRIEF IN SUPPORT OF |

|  |  |  |
|---|---|---|
|  |  | PLAINTIFFS' MOTION, filed by Plaintiffs' (TS, ) (Entered: 05/17/2007) |
| 05/21/2007 | 20 | NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT re MDL 1850(TS, ) (Entered: 05/22/2007) |
| 06/25/2007 | 21 | NOTICE from MDL Panel with copy of Transfer Order(RS, ) (Entered: 06/27/2007) |
| 07/02/2007 | 22 | NOTICE from MDL Panel with copy of order re in re Pet Food Products MDL 1850(RS, ) (Entered: 07/03/2007) |